

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00434-CV

**IN RE** Thomas D. **BRACEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On June 20, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 27th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI02996, styled *Thomas D. Bracey v. Marc Y. Zadik Revocable Trust and Marc Y. Zadik, Individually*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.